THE JEWELERS' LEAGUE of the City of New York, Plaintiff, *v.* ELLEN B. DE FOREST, Appellant, and ANNA B. DE FOREST, Respondent.

*Jewelers' League* v. *De Forest*, 80 Hun, 376, affirmed.
(Argued December 18, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the second judicial department, entered October 3, 1894, which affirmed a judgment entered upon a decision of the court on trial at Special Term determining conflicting claims, in an action of interpleader.

*Charles N. Morgan* for appellant.

*Charles N. Judson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.